An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD DAVID MORROW,
Appellant,
vs.
C/O A. HARROUN; C/O ROAM; C/O M.
SIERRA; MR. ROGELIO HERRERA,
CCS II; MR. DWAYNE DEAL, A/AW;
MR. ROBERT LEGRAND, WARDEN;
AND JAMES G. COX, DIRECTOR,
Respondents.

No. 63399

FILED

SEP 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order granting a motion to dismiss in a civil rights action. Sixth Judicial District Court, Pershing County; Richard Wagner, Judge.

This court reviews de novo a district court's order granting a motion to dismiss under NRCP 12(b)(5). *Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 228, 181 P.3d 670, 672 (2008). Dismissal will be affirmed when the complaint's factual allegations, even when recognized as true, do not entitle the plaintiff to relief under the claims being asserted. *Id.*

Having considered appellant's proper person appeal statement and the record on appeal, we conclude that the district court properly dismissed appellant's complaint. Specifically, respondents' alleged misconduct, even if recognized as true, does not establish a violation of a constitutional right.[1] *Id.*; *see Sandin v. Conner*, 515 U.S. 472, 483-84

---

[1]Appellant contends on appeal that the district court should have granted him leave to amend his complaint. Nothing in the record suggests that the district court denied such a request, and given the complaint's

*continued on next page...*

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30570

(1995) (recognizing that a violation of a prison regulation does not necessarily amount to a violation of an inmate's constitutional rights); *Ramirez v. Galaza*, 334 F.3d 850, 860 (9th Cir. 2003) ("[I]nmates lack a separate constitutional entitlement to a specific prison grievance procedure."). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Richard Wagner, District Judge
Richard David Morrow
Attorney General/Carson City
Pershing County Clerk

---

*...continued*
detailed recitation of the alleged facts, it is apparent that amendment would have been futile. *See Halcrow, Inc. v. Eighth Judicial Dist. Court*, 129 Nev. ___, ___, 302 P.3d 1148, 1152 (2013) (explaining that leave to amend a complaint should be denied if the proposed amendment would be futile).